# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** FRED HARRIS
- **Case Number:** 16-22836-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 22, 2018 10:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#17 - Continued Confirmation of Plan Dated 8/25/2016 (NFC)
R / M #: 17 / 0

### Appearances:

- Debtor: Guslar
- Trustee: Winnecour / Pail / Katz
- Creditor:

### Proceedings:

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___ effective ___.
7. ✓ Plan/Motion continued to 7/12/18 at 11:00 AM
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

*Pending Adversary on Debtor's 506 US mortgage. Under advisement. Affects feasibility.*

*No Unsecureds*

2/16/2018    1:57:29PM